B18
(Official Form 18)
(12/07)

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

In re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Scott Douglas Remick**
 608 Kellogg St.
San Marcos, CA 92078

Social Security No.:   xxx–xx–9923
*No Known Aliases*

**Shelley Marie Leonard–Remick**
 608 Kellogg St.
San Marcos, CA 92078

Social Security No.:   xxx–xx–1038
*No Known Aliases*

Case number:  07–05488–LA7
Chapter: 7
Judge Louise DeCarl Adler

**Discharge of Debtor**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**   The debtor is granted a discharge under §727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 12/31/07

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

B18 (Official Form 18)(12/07) – Continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]  A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case.  Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);
   c. Debts that are domestic support obligations;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. (applies to cases filed on or after 10/17/2005)

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0974-3               User: admin                Page 1 of 1                Date Rcvd: Dec 31, 2007
Case: 07-05488                     Form ID: b18               Total Served: 29


The following entities were served by first class mail on Jan 02, 2008.
 db          +Scott Douglas Remick,    608 Kellogg St.,    San Marcos, CA 92078-7302
 jdb         +Shelley Marie Leonard-Remick,    608 Kellogg St.,    San Marcos, CA 92078-7302
 aty          Carl H. Starrett, II,    Law Offices of Carl H. Starrett II,    1941-C Friendship Drive,
               El Cajon, CA  92020-1144
 tr           Richard M Kipperman,    Corporate Management,    P.O. Box 3939,    La Mesa, CA  91944-3939
 smg         +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
 smg         +Dun & Bradstreet,    Attn: Public Records, Maryanne Bachert,    899 Eaton Ave.,
               Bethlehem, PA 18025-0025
 smg         +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
 smg         +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
 ust         +US Trustee,    3530 James Circle,    Spring Valley, CA 91977-2103
 9180834      Asset Acceptance, LCC,    PO Box 2036,    Warren, MI 48090-2036
 9180836      Bank Of America,    PO Box 15027,    Wilmington, DE 19850-5027
 9180837     +Bank Of America,    PO Box 54139,    Los Angeles, CA 90054-0139
 9180840     +Citibank,    PO Box 6000,    The Lakes, NV 89163-0001
 9180843      FIA Card Services,    PO Box 15720,    Wilmington, DE 19850-5720
 9180844     +Frederick J. Hanna & Associates, PC,    1655 Enterprise Way,    Marietta, GA 30067-9209
 9180847      Sallie Mae,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
 9180849      San Diego County Credit Union,    PO Box 269040,    San Diego, CA 92196-9040
 9180848     +San Diego County Credit Union,    PO Box 269050,    San Diego, CA 92196
 9180842      U.S. Department Of Education,    PO Box 5609,    Greenville, TX 75403-5609
 9180850     +USAA Savings Bank,    PO Box 34894,    San Antonio, TX 78265-4894
 9180851      Washington Mutual Bank,    PO Box 44118,    Jacksonville, FL 32231-4118

The following entities were served by electronic transmission on Dec 31, 2007.
 tr           EDI: QRMKIPPERMAN.COM Dec 31 2007 18:25:00     Richard M Kipperman,    Corporate Management,
               P.O. Box 3939,    La Mesa, CA  91944-3939
 smg          EDI: CALTAX.COM Dec 31 2007 18:26:00      Franchise Tax Board,    Attn:  Bankruptcy,
               P.O. Box 2952,    Sacramento, CA  95812-2952
 smg          E-mail/PDF: ustp.region15@usdoj.gov Dec 31 2007 22:03:39     Office of the U.S. Trustee,
               402 West Broadway, Ste. 600,    San Diego, CA  92101-8511
 ust          E-mail/PDF: ustp.region15@usdoj.gov Dec 31 2007 22:03:39     United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Sute 600,    San Diego, CA  92101-8511
 9180833      EDI: AMEREXPR.COM Dec 31 2007 18:26:00     American Express,    PO Box 7863,
               Ft. Lauderdale, FL 33329-7863
 9180835      EDI: BANKAMER.COM Dec 31 2007 18:25:00     Bank Of America,    PO Box 15026,
               Wilmington, DE 19850-5026
 9180836      EDI: BANKAMER2.COM Dec 31 2007 18:26:00     Bank Of America,    PO Box 15027,
               Wilmington, DE 19850-5027
 9180838      EDI: CAPITALONE.COM Dec 31 2007 18:25:00     Capital One Bank,    PO BOX 70884,
               Charlotte, NC 28272-0884
 9180839      EDI: CHASE.COM Dec 31 2007 18:25:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
 9180840     +EDI: CITICORP.COM Dec 31 2007 18:25:00     Citibank,    PO Box 6000,    The Lakes, NV 89163-0001
 9180843      EDI: BANKAMER2.COM Dec 31 2007 18:26:00     FIA Card Services,    PO Box 15720,
               Wilmington, DE 19850-5720
 9180845      EDI: IRS.COM Dec 31 2007 18:25:00     Internal Revenue Service,    Ogden, UT 84201-0025
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2008**                              Signature:  _Joseph Speetjens_